

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00155-CV

---

BENNY AND KERRICK HORTON D/B/A K & B PROPERTIES, APPELLANTS

V.

ASHLEY SMITH, APPELLEE

---

On Appeal from the 223rd District Court
Gray County, Texas
Trial Court No. 41049, Honorable Phil N. Vanderpool, Presiding

---

August 13, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellants, Benny and Kerrick Horton d/b/a K & B Properties, appeal from the trial court's *Order Granting Defendant's Rule 91(a) Motion to Dismiss*. Now pending before this Court is Appellants and Appellee's "Agreed Motion to Remand to Trial Court." The motion is granted. Pursuant to the motion, we set aside the *Order Granting Defendant's Rule 91(a) Motion to Dismiss* without regard to the merits, remand the case to the trial court for further proceedings, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2). As

requested by the parties, costs shall be taxed against the parties who incurred them. *See*

TEX. R. APP. P. 42.1(d).

Per Curiam